IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TREASA BOSWELL, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | NO. CIV-12-855-D |
| ) | |
| REGIONAL ACCEPTANCE ) | |
| CORPORATION and BB&T ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATION OF CONSTITUTIONAL QUESTION**

Upon review of Plaintiff Treasa Boswell's Notice of Constitutional Question [Doc. No. 39], the Court hereby certifies to the Oklahoma Attorney General that the constitutionality of Okla. Stat. tit. 25, § 1350 has been questioned by Plaintiff in this action. Pursuant to Rule 5.1(c), Fed. R. Civ. P., the Attorney General may intervene within 60 days after the January 16, 2013 filing of Plaintiff's Notice.

The Clerk of Court shall send a copy of this Certification to the Oklahoma Attorney General either by certified or registered mail or by transmission to an electronic address designated by the Oklahoma Attorney General for this purpose.

Dated this 16th day of January, 2013.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE